IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANDALE GORDON,

    Plaintiff,

v.

BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC., BAYER SCHERING PHARMA AG, BAYER AG, MCKESSON CORPORATION AND DOES 1–10, INCLUSIVE,

    Defendants.

No. C 10-01988 WHA

**ORDER DENYING MOTION FOR STAY**

The parties move for an order to stay all proceedings in this matter pending possible transfer to multidistrict proceedings. For lack of good cause shown, the motion is **DENIED**. Even if this action is transferred, it will be that much further along with less work for the transferee judge to do.

**IT IS SO ORDERED.**

Dated: May 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE